# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Alejandro Millan-Garcia,<br>(A 089 961 646)<br>*Defendant* | Case No. 16-494 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 12, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Alejandro Millan-Garcia, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Brandon Brown, AUSA for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2016

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 12, 2016, while following a lead, Homeland Security Investigations (HSI) and the Phoenix ICE Mobile Criminal Alien Team (MCAT), encountered Jesus Alejandro Millan-Garcia during a traffic stop near the intersection of 63rd Lane and Golden Lane in Glendale, Arizona. HSI and MCAT officers interviewed Millan-Garcia on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Millan-Garcia was transported to the Phoenix ICE office for further investigation and processing. Millan-Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Alejandro Millan-Garcia to be a citizen of Mexico and a previously deported criminal alien. Millan-Garcia was removed from the United States to Mexico through Nogales, Arizona, on or about January 26, 2016,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Millan-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Millan-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Alejandro Millan-Garcia was convicted of Reentry of Removed Alien, a felony offense, on January 25, 2016, in the United States District Court, District of Arizona. Millan-Garcia was sentenced to time served and three (3) years' supervised release. Millan-Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On October 12, 2016, Jesus Alejandro Millan-Garcia was advised of his constitutional rights. Millan-Garcia freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 12, 2016, Jesus Alejandro Millan-Garcia, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 13th day of October, 2016.

Michelle H. Burns,
United States Magistrate Judge